UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ARIAD PHARMACEUTICALS ) <br> DERIVATIVE LITIGATION ) <br> ) <br> _____ ) <br> ) <br> This Document Relates To: ) <br> ) <br> ALL ACTIONS. ) <br> _____ ) | Lead Case No. 1:13-cv-12816-IT <br><br> (Derivative Action) |

## ASSENTED-TO MOTION TO CONTINUE HEARING AND FOR CLARIFICATION

Defendants respectfully request that the Court continue the hearing scheduled for January 30, 2015 to a date mutually agreeable to the parties. As grounds for this request, Defendants state that Lead Counsel for the Defendants will be traveling out of state on January 30, 2015, the scheduled date of the hearing. The parties are available to attend a hearing on any of the following dates: February 12, 18, 19, or 20, 2015; or March 4, 5, or 6, 2015.

Defendants further request clarification of the Court's January 22, 2015 electronic order setting a hearing on Defendants' Motion to Dismiss the Verified First Amended/Consolidated Shareholder Derivative Complaint (ECF No. 29) for January 30, 2015 (ECF No. 40). On July 23, 2014, the Court held a hearing on this motion and took the matter under advisement (ECF No. 37). In order to best prepare for this hearing, Defendants respectfully request whether there are any specific arguments raised by the parties that the Court wishes the parties to address at the hearing.

Counsel for Defendants and Co-Lead Counsel for Plaintiffs have conferred with respect to this request, and Co-Lead Counsel for Plaintiffs have assented to this motion.

The requested enlargement of time is in the interests of justice because (a) the requested extension is brief, seeking to postpone the hearing for only a few weeks after the initially

scheduled date; and (b) the requested additional time and clarification will permit all parties the time and information necessary to adequately prepare for oral argument, which will aid the Court's ultimate resolution of Defendants' Motion to Dismiss the Verified First Amended/Consolidated Derivative Complaint.

WHEREFORE, Defendants respectfully request that this Court allow this assented-to motion.

## Local Rule 7.1(a)(2) Certification

Defendants' counsel hereby certifies that the parties have conferred in good faith pursuant to Local Rule 7.1(A)(2) regarding the issues raised in this Motion and counsel for lead plaintiffs have assented to the filing of this motion.

Respectfully submitted,

HARVEY J. BERGER, JAY R. LAMARCHE, ATHANASE LAVIDAS, MASSIMO RADAELLI, NORBERT G. RIEDEL, SARAH J. SCHLESINGER, ROBERT M. WHELAN, JR., WAYNE WILSON, FRANK G. HALUSKA, TIMOTHY P. CLACKSON, and EDWARD M. FITZGERALD

By their attorneys,

/s/ John F. Sylvia
John F. Sylvia, BBO# 555581
Andrew Nathanson, BBO# 548684
Matthew D. Levitt, BBO# 660554
Rebecca L. Zeidel, BBO# 684697
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
 AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Tel: (617) 542-6000
JSylvia@mintz.com
ANNathanson@mintz.com
MDLevitt@mintz.com

**Dated:** January 26, 2015         RLZeidel@mintz.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of January, 2015, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ John F. Sylvia
John F. Sylvia