IN THE UNITED STATES DISTIRCT COURT
DISTRICT OF MASSACHUSETTS

| IN RE ARIAD PHARMACEUTICALS DERIVATIVE LITIGATION | ) ) ) ) ) ) | Lead Case No. 1:13-cv-12816-RGS (DERIVATIVE ACTION) |
|---|---|---|
| This Document Relates to: ALL ACTIONS | | |

## ASSENTED-TO MOTION TO CONTINUE HEARING

Plaintiffs respectfully request that the Court continue the hearing scheduled for February 12, 2015, at 11:00 a.m. As grounds for this request, Plaintiffs ask the Court to continue this hearing until the week of March 2, 2015, because of the severe winter snow storm and conditions in Boston, Massachusetts, as Plaintiffs' counsel need to travel to Boston for the hearing from California and from the Midwest, and the current conditions will likely hinder Plaintiffs' counsel's ability to timely travel or prevent Plaintiffs' counsel from traveling to Boston for the February 12, 2015 hearing and/or prevent timely return travel after the hearing.

Counsel for Plaintiffs and Defendants have conferred with respect to this request, and Defendants have assented to this motion.

The requested enlargement of time is in the interests of justice because (a) the requested extension is brief, seeking to postpone the hearing for only a few weeks after the initially scheduled date; and (b) the requested extension will help ensure that Plaintiffs' counsel will be able to travel to and attend the hearing in person.

WHEREFORE, Plaintiffs respectfully request that this Court allow this assented-to motion.

1

## Local Rule 7.1(a)(2) Certification

Plaintiffs' counsel hereby certifies that the parties have conferred in good faith pursuant to Local Rule 7.1(A)(2) regarding the issues raised in this Motion and counsel for lead plaintiffs have assented to the filing of this motion.

Respectfully submitted,

Date: February 10, 2015  /s/ Nathan R. Hamler

Nathan R. Hamler
nathanh@johnsonandweaver.com
Johnson & Weaver, LLP
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063

John G. Emerson
jemerson@emersonpoynter.com
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Telephone: (281) 488-8854

Scott E. Poynter
scott@emersonpoynter.com
William T. Crowder
wcrowder@emersonpoynter.com
Corey D. McGaha
cmcgaha@emersonpoynter.com
The Rozelle-Murphy House
1301 Scott St.
Little Rock, AR 72202
Telephone: (501) 907-2555

*Co-Lead Counsel for Plaintiffs*

Theodore M. Hess-Mahan
thess-mahan@hutchingsbarsamian.com
HUTCHINGS, BARSAMIAN,
MANDELCORN & ROBINSON, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231

*Liaison Counsel for Plaintiffs*

Robert Jigarjian
jigarjianlaw@gmail.com
JIGARJIAN LAW OFFICE
101 Lucas Valley Road, Suite 120
San Rafael, CA 94903
Telephone: (415) 341-6660

Brian P. Murray
bmurray@glancylaw.com
GREGORY B. LINKH
glinkh@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340

*Additional Counsel for Plaintiff Arkady Livitz*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February 2015, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Nathan R. Hamler