UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| YU LIANG, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-12816-IT |
| | * | |
| HARVEY J. BERGER, et al., | * | |
| | * | |
| Defendants. | * | |

**************************************

| | | |
|---|---|---|
| ARKADY LIVITZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-13097-IT |
| | * | |
| HARVEY J. BERGER, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER OF DISMISSAL

March 18, 2015

TALWANI, D.J.

Pursuant to the court's Memorandum and Order dated March 9, 2015 ALLOWING

Defendants Motion to Dismiss the Verified First Amended/Consolidated Shareholder Derivative

Complaint [#29], the Verified First Amended/Consolidated Shareholder Derivative Complaint

[#21] is hereby dismissed.  This case is now CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge